**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARQUIS ROBINSON, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| SELF HELP MOVEMENT, et al., | : | No. 24-cv-6782 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **2nd** day of **April 2026**, upon consideration of Plaintiff Marquis Robinson's Motion for Summary Judgment (ECF No. 62), Defendants Self Help Movement, Kelly Korzen, John Cooper, and Collen Brubaker's Motion for Summary Judgment (ECF No. 65), Plaintiff's Motion for a Settlement Conference (ECF No. 83), Plaintiff's Final Motion for Summary Judgment (ECF No. 86), Plaintiff's Motion to Recognize Defendants' Admissions as Undisputed Facts (ECF No. 88), and the docket, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (ECF No. 62) is **DENIED**.

2. Defendants' Motion for Summary Judgment (ECF No. 65) is **GRANTED**.

3. Plaintiff's Motion for a Settlement Conference (ECF No. 83) is **DENIED as moot**.

4. Plaintiff's Final Motion for Summary Judgment (ECF No. 86) is **CONSTRUED** as a sur-reply to the Motion for Summary Judgment (ECF No. 65).

5. The Clerk of the Court is **DIRECTED** to terminate the motion at ECF No. 86.

6. Plaintiff's Motion to Recognize Defendant's Admissions as Undisputed Facts (ECF No. 88) is **DENIED as moot**.

2

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**